**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
CASE NUMBER: 4:21-cv-02749-JD**

| | |
|---|---|
| Colby O. Altman and Patrick L. Altman,<br><br>                                            Plaintiffs,<br><br>v.<br><br>Black's Tire Service, Inc., and Keith Edmund Willis,<br><br>                                            Defendants. | **STIPULATION OF DISMISSAL** |

The above-captioned matter having been settled by the parties, the undersigned, as attorneys for the parties herein, hereby stipulate that the Complaint be dismissed **with prejudice** and forever ended.

    SO STIPULATED:


*s/Douglas Jennings*                              *s/John M. Grantland*
Douglas Jennings, Esquire, Bar #2987        John M. Grantland, Esquire, Bar #64158
Douglas Jennings Law Firm, LLC              Murphy & Grantland, P.A.
P.O. Drawer 995                                       P.O. Box 6648
151 Broad Street                                      Columbia, SC 29260
Bennettsville, SC 29512-099                     Phone: 803-782-4100
                                                              Fax:    803-782-4140

*Attorney for Plaintiffs*

                                                              *Attorneys for Defendants*

1